UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAQUEL WARLEY,

                Plaintiff,

-against-

SUSAN PARISH, EVA FERNANDEZ, STUART SIDEL, ELLEN SPERBER, and CAROLINE BENETTE-SPEIGHT,

                Defendants.

24-CV-7634-NSR

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, has paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Susan Parish, Eva Fernandez, Stuart Sidel, Ellen Sperber and Caroline Benette-Speight. Plaintiff is directed to serve a summons and complaint on each defendant within 90 days of the issuance of the summonses.

    If within those 90 days, *pro se* Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this Order and an information package to *pro se* Plaintiff at the address listed on ECF.

    SO ORDERED.

Dated:   November 4, 2024
           White Plains, New York

                                            NELSON S. ROMÁN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2024__